**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ELETSON HOLDINGS INC., *et al.*,<br><br>Debtors.<br>-------------------------------------------------------<br><br>ELETSON HOLDINGS INC.; ELETSON CORPORATION; ELETSON CHARTERING INC.; EMC INVESTMENT CORPORATION; KASTOS SPECIAL MARITIME ENTERPRISE; FOURNI SPECIAL MARITIME ENTERPRISE; KINAROS SPECIAL MARITIME ENTERPRISE; and  KIMOLOS II SPECIAL MARITIME ENTERPRISE,<br><br>Plaintiffs,<br><br>-against-<br><br>VASSILIS KERTSIKOFF; VASILIS HADJIELEFTHERIADIS; LASCARINA KARASTAMATI; KONSTANTINOS HADJIELEFTHERIADIS; IOANNIS ZILAKOS; EMMANUEL ANDREOULAKIS; ADRIANOS PSOMADAKIS; PANOS PAXINOS; ELENI GIANNAKOPOULOU; NIKI ZILAKOU; LASSIA INVESTMENT COMPANY; GLAFKOS TRUST COMPANY; FAMILY UNITY TRUST COMPANY; ELAFONISSOS SHIPPING CORPORATION; KEROS SHIPPING CORPORATION; REED SMITH LLP; LEX GROUP LIBERIA LLC; DANIOLOS LAW FIRM; JOHN MARKIANOS-DANIOLOS; and RIMON P.C.,<br><br>Defendants. | Chapter 11<br>Case No. 23-10322 (JPM)<br>Jointly Administered<br><br>Adv. Pro. No. 25-01120 (JPM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025 a true and correct copy of the notice of electronic filing of the *Notice of Hearing on Defendant Vassilis Kertsikoff's Motion to Dismiss the Complaint; Defendant Vassilis Kertsikoff's Motion to Dismiss the Complaint; and, Memorandum of Law in Support of the Defendant Vassilis Kertsikoff's Motion to Dismiss the Complaint, and the Declaration of Vassilis Kertsikoff* was served via email to all parties receiving ECF Notice in this Adversary Proceeding including Counsel for the Adversary Plaintiffs.

Dated:   September 16, 2025
         New York, New York

Respectfully Submitted,

/s/ *Solomon B. Shinerock*

Solomon B. Shinerock
Elizabeth M. Velez
LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC
155 E. 44th Street, Floor 25
New York, NY  10017
Telephone: (212) 826-7001

*Attorneys for Vassilis Kertsikoff.*