

The Honorable John P. Mastando III
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, New York 10036
USA
T +1 212 715 9125
F +1 212 715 8125
E brian.shaughnessy@hsfkramer.com
www.hsfkramer.com

September 17, 2025

**VIA ECF AND EMAIL**

Re: ***Eletson Holdings, Inc., et al. v. Vassilis Kertsikoff, et al.*, Adversary Proc. No. 25-01120-JPM: Plaintiffs' Letter Motion to Extend Time to Respond to Defendant Kertsikoff's Motion to Dismiss**

Dear Judge Mastando:

We write on behalf of the Plaintiffs in the above-captioned matter to respectfully request an extension of the deadline to respond to Defendant Vassilis Kertsikoff's Motion to Dismiss ("Motion"), filed yesterday, September 16, 2025. *See* Dkt. No. 38.

The Court has previously granted a request by two other Defendants – Reed Smith LLP and Rimon P.C. (the "Law Firm Defendants") – to extend their deadline to respond to the Complaint until November 24, 2025. *See* Dkt. No. 35. Several other defendants (the "Former Shareholder Defendants") likewise have until that date to respond to the Complaint, by virtue of their agreement to waive service. *See* Dkt. Nos. 20, 21, 22, 23. As a result, the default briefing schedule for Mr. Kertsikoff's Motion to Dismiss is now significantly earlier than the briefing schedule that will apply to the Law Firm and Former Shareholder Defendants.

To promote fairness and judicial efficiency, the Court should extend the Plaintiffs' deadline to respond to the Motion so that it is aligned with the deadlines applicable to the Law Firm and Former Shareholder Defendants. Defendant Kertsikoff's Motion raises arguments attacking the Complaint on the merits that apply to all Defendants. *See* Dkt. No. 39. Plaintiffs anticipate similar arguments will be made by the Law Firm and Former Shareholder Defendants in their respective forthcoming Motions to Dismiss. And, in turn, Plaintiffs anticipate making similar defenses. Having all Defendants on the same schedule for their Motions to Dismiss allows

Herbert Smith Freehills Kramer LLP and its affiliated and subsidiary businesses and firms, Herbert Smith Freehills Kramer (US) LLP and its affiliate, and Herbert Smith Freehills Kramer, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills Kramer.

In New York, we practice through both Herbert Smith Freehills Kramer New York LLP, a limited liability partnership registered in England and Wales with registered number OC375072 and Herbert Smith Freehills Kramer (US) LLP, a registered limited liability partnership organized under the laws of the State of New York with an office at 1177 Avenue of the Americas, New York, NY 10036. In Washington, D.C. and California, we practice through Herbert Smith Freehills Kramer (US) LLP. We use the word partner of Herbert Smith Freehills Kramer New York LLP or of Herbert Smith Freehills Kramer (US) LLP to refer to a member of those entities, or an employee or consultant with equivalent standing and qualifications.




September 17, 2025

Plaintiffs the opportunity to respond to all arguments at once and on the same timeline. Doing so would also allow the Court to consider everything at once.

Therefore, we respectfully request that the deadline for Plaintiffs' response, whether through opposition or amended pleading under Rule 15, to Defendant Kertsikoff's Motion, and the anticipated Motions to Dismiss from the Law Firm and Former Shareholder Defendants, be extended to December 23, 2025.[1]

Plaintiffs' counsel contacted Defendant Kertsikoff's counsel regarding this extension request earlier today. While Defendant Kertsikoff has not yet conveyed his position on the request, Plaintiffs nevertheless bring this motion now in light of the current time constraints in which Plaintiffs' opposition to the Motion to Dismiss is due in just two weeks.

We are available to discuss this at the Court's convenience or at the upcoming hearing tomorrow. Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Brian F. Shaughnessy*

Brian F. Shaughnessy
Partner

Plaintiff's request to extend the deadline to respond to the Defendant's Motion to Dismiss (the "Motion," Docket No. 38) is GRANTED. The deadline to respond to the Motion is extended through and including December 23, 2025. Any replies in support of the Motion shall be filed no later than January 23, 2026. The parties shall meet and confer on mutually-available dates in February 2026 for a hearing on the Motion and shall advise the Court of such dates.

It is **SO ORDERED**.

Dated: New York, New York
September 18, 2025

/s/ John P. Mastando
HONORABLE JOHN P. MASTANDO III
U.S. BANKRUPTCY JUDGE

[1] This request is without prejudice to further discussions between Plaintiffs and Defendants concerning a consolidated joint scheduling order in the case, which Plaintiffs intend to initiate in due course.