IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re
ELETSON HOLDINGS INC., *et al.*,
        *Debtors*.
-----------------------------------------------------------
ELETSON HOLDINGS INC.; ELETSON CORPORATION; ELETSON CHARTERING INC.; EMC INVESTMENT CORPORATION; KASTOS SPECIAL MARITIME ENTERPRISE; FOURNI SPECIAL MARITIME ENTERPRISE; KINAROS SPECIAL MARITIME ENTERPRISE; and KIMOLOS II SPECIAL MARITIME ENTERPRISE,

        *Plaintiffs*,

  -against-

VASSILIS KERTSIKOFF; VASILIS HADJIELEFTHERIADIS; LASCARINA KARASTAMATI; KONSTANTINOS HADJIELEFTHERIADIS; IOANNIS ZILAKOS; EMMANUEL ANDREOULAKIS; ADRIANOS PSOMADAKIS; PANOS PAXINOS; ELENI GIANNAKOPOULOU; NIKI ZILAKOU; LASSIA INVESTMENT COMPANY; GLAFKOS TRUST COMPANY; FAMILY UNITY TRUST COMPANY; ELAFONISSOS SHIPPING CORPORATION; KEROS SHIPPING CORPORATION; REED SMITH LLP; LEX GROUP LIBERIA LLC; DANIOLOS LAW FIRM; JOHN MARKIANOS-DANIOLOS; and RIMON P.C.,

        *Defendants*.
---------------------------------------------------------------x

Chapter 11
Case No. 23-10322 (JPM)
Jointly Administered

Adv. Proc. No. 25-01120 (JPM)

## NOTICE OF HEARING ON
## REED SMITH'S MOTION TO DISMISS OR,
## IN THE ALTERNATIVE, TO COMPEL ARBITRATION

**PLEASE TAKE NOTICE** that on November 24, 2025, Defendant Reed Smith LLP ("Reed Smith") filed a motion to dismiss Plaintiff's claims against Reed Smith or, in the alternative, to compel arbitration ("Motion to Dismiss"), which seeks the entry of an order dismissing the Complaint or, in alternative, compelling arbitration of the claims against Reed Smith in the above-reference Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that the parties shall meet and confer on mutually-available dates in February 2026 for a hearing on the Motion to Dismiss (the "Hearing") to be held before the Honorable John P. Mastando III, United States Bankruptcy Judge for the Southern District of New York, located at One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' opposition, if any, to the Motion to Dismiss must be filed no later than **December 23, 2025,** and Reed Smith's reply, if any, must be filed no later than **January 23, 2026.**

**PLEASE TAKE FURTHER NOTICE** that the Hearing shall be held via Zoom for Government. Parties wishing to appear at the Hearing in person or via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance utilizing the Electronic Appearance portal located at the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than the day before the scheduled hearing (the "Appearance Deadline"). After the Appearance Deadline has passed, parties who have made their electronic appearance through the Court's website to appear via Zoom for Government will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day

1

of the hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

| | |
|---|---|
| Dated: November 24, 2025 | Respectfully submitted, |
| | |
| | */s/ Marshall R. King* |
| | Marshall R. King |
| | C. Lee Wilson |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166-0193 |
| | Telephone: 212.351.4000 |
| | mking@gibsondunn.com |
| | clwilson@gibsondunn.com |
| | |
| | *Attorneys for Defendant Reed Smith LLP* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York and served on all counsel of record.

*/s/ Marshall R. King*
Marshall R. King