

**Justin Harris**
Associate

PENN 1
1 Pennsylvania Plaza
New York, NY 10119
212.597.2803
jharris@rksllp.com

August 12, 2026

<u>**Via ECF**</u>
The Honorable John P. Mastando, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Re:  *Eletson Holdings Inc., et al. v. Kertsikoff, et al.*, Adv. Pro. No. 25-01120 (JPM)
Consent Request for Extension of Time to Answer Amended Complaint**

Dear Judge Mastando:

Defendants Lassia Investment Company, Glafkos Trust Company, Family Unity Trust Company, and Elafonissos Shipping Corporation ("Elafonissos") (collectively, the "Shareholder Defendants") write to respectfully request a 14-day extension of the deadline for them to answer, move, or otherwise respond to the complaint.[1] Should the Court grant this request, the new deadline will be August 31, 2026.

Pursuant to Federal Rule of Bankruptcy Procedure 7012(a)(6)(A), the Shareholder Defendants' responses are currently due on August 17, 2026.  This is the Shareholder Defendants' first request for an extension.  Counsel for Plaintiffs,[2] Kyle J. Ortiz, consents to this request.

Sufficient cause exists for the requested extension.  Because a member of the Shareholder Defendants' legal team has been unavailable due to illness, additional time is needed to respond to the amended complaint, particularly in light of its length and the abbreviated response period. The brief extension the Shareholder Defendants seek will not affect any other deadlines in this proceeding or prejudice any party.

Respectfully submitted,

Justin Harris

CC: All counsel of record

---

[1] Elafonissos's appeal (*In re Eletson Holdings Inc.*, 1:25-cv-06182 (S.D.N.Y.)) from the determination that it is subject to personal jurisdiction in the bankruptcy proceeding remains pending.  Elafonissos continues to assert that the Court lacks personal jurisdiction over it and does not waive or forfeit, but rather expressly reserves, that jurisdictional objection here.

[2] "Plaintiffs" refers to Eletson Holdings Inc., Eletson Corporation, Eletson Chartering Inc., EMC Investment Corporation, Kastos Special Maritime Enterprise, Fourni Special Maritime Enterprise, Kinaros Special Maritime Enterprise, and Kimolos II Special Maritime Enterprise.

**ROLNICK KRAMER SECURITIES LITIGATION LLP**